# UNITED STATES DISTRICT COURT
для for the District of New Mexico

WILLIE LEE HARDIN,

    Plaintiff

v.                                        Civil Action No. 13-0124 KBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.[1]

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs *(Doc. 2)* is:

**x  Granted:**

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

__ **Granted Conditionally:**

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

__ **Denied:**

This application is denied for these reasons:

Date:  February 11, 2013                  *Karen B Molzen*
                                                            UNITED STATES CHIEF MAGISTRATE JUDGE

---

[1] Commissioner Astrue's term expired on January 19, 2013.  *See* www.socialsecurity.gov.  The Court will automatically substitute the new Commissioner once he or she is appointed.  *See* FED. R. CIV. P. 25(d).